IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MANDEL BENSON,

    Petitioner,

v.                                            Case No. 19-cv-644-bbc

MATTHEW MARSKE,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Matthew Marske denying petitioner Mandel Benson's petition for a writ of certiorari under 28 U.S.C. § 2241.

/s/ Peter Oppeneer, Clerk of Court                     12/6/2019